```
                 UNITED STATES  DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA


LYNETTE BECH                        CIVIL ACTION NO. 16-12815

versus                              SECTION: "I" (1)

TERRY LYNNS CAFÉ & CREATIVE
CATERING, L.L.C., ET AL
```

This Court has been advised that the above-captioned case has settled. U.S. Magistrate Judge Janis van Meerveld and counsel are thanked for their assistance.

New Orleans, Louisiana, this 20th day of March, 2017.

*[signature]*

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE